COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
PETER S. PEARLMAN
New Jersey Bar #PP8416
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600

Liaison Counsel for Plaintiffs

PITNEY, HARDIN, KIPP
& SZUCH LLP
DENNIS R. LAFIURA
RICHARD H. BROWN
200 Campus Drive
Florham Park, NJ 07932-0950
Telephone: 973/966-6300

Local Counsel for Defendants

[Additional counsel appear on signature page.]

RECEIVED
APR 1 2004
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| In re AT&T CORPORATION SECURITIES LITIGATION | ) | MDL Docket No. 1399 |
|---|---|---|
| | ) | Master File No. 3:00cv05364 |
| This Document Relates To: | ) | CLASS ACTION |
| ALL ACTIONS. | ) | Judge Garrett E. Brown, Jr. Magistrate Judge John J. Hughes |

**COMMON STOCK CASE
REVISED JOINT FINAL PRETRIAL
ORDER**