UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AT&T CORPORATION SECURITIES LITIGATION | MDL Docket No. 1399 <br><br> Civ. No. 00-5364 (GEB) <br><br> **ORDER** |
| This Document Relates To: <br><br> **ALL ACTIONS** | |

This matter comes before the Court upon counsel for the objectors Marion Washburn, William A. Hoffman, III, Jacquelynn D. Frame, and Donald Frame's ("Objectors") application for attorneys' fees.  The Court, having considered the parties' submissions and decided the matter without oral argument pursuant to Federal Rules of Civil Procedure Rule 78, and for the reasons discussed in the Memorandum Opinion accompanying this Order;

IT IS THIS   25th   day of September 2006 hereby

ORDERED that counsel for the Objectors' application for attorneys' fees [docket entry #352] is DENIED.

 s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.
